**Electronically Filed
Supreme Court
SCWC-22-0000594
17-OCT-2025
08:40 AM
Dkt. 17 OGAC**

SCWC-22-0000594

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-3
MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3,
Respondent/Plaintiff-Appellant,

vs.

MAUI PAIPALA PLACE, LLC;
Petitioner/Defendant-Appellee,

and

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI;
FIA CARD SERVICES, N.A.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000594; CASE. NO. 2CC171000151)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Medeiros, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on August 22, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 17, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Dyan M. Medeiros